JKB/cic/518491                                                      10013-1-51

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHEMICAL LIGHT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11 CV 3252 |
| | ) |
| COOL GLOW LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S ANSWER TO COMPLAINT

Defendant Cool Glow LLC ("Cool Glow"), by and through its attorneys, Tressler LLP,

hereby submits its Answer to Plaintiff Chemical Light, Inc.'s Complaint.

1.      This action arises under the patent laws of the United States, Title 35 of the United States Code.

**ANSWER:**      Defendant is without knowledge or information sufficient to form a belief as to

the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint.

## PARTIES

2.      Plaintiff Chemical Light is an Illinois corporation with its principal place of business in Vernon Hills, Illinois.

**ANSWER:**      Defendant is without knowledge or information sufficient to form a belief as to

the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.      Defendant Cool Glow is a Texas limited liability company with its principal place of business in Dallas, Texas.

**ANSWER:**      Defendant admits the allegations contained in Paragraph 3 of Plaintiff's

Complaint.

## JUSRISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5. This Court has personal jurisdiction over Cool Glow because Cool Glow has purposefully availed itself of the privilege of conducting business in this District and has committed acts of infringement in this District.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Venue is proper in this District under 28 U.S.C. §§ 1391(c) and 1400(b).

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint.

## INFRINGEMENT OF U.S. PATENT NO. 6,042,487

7. On March 28, 2000, the United States Patent and Trademark Office issued United States Patent No. 6,042,487 (the "'487" patent), entitled "Illuminated Golf Ball". A copy of the '487 patent is attached as Exhibit A. Chemical Light is the sole owner of the entire right, title and interest in the '487 patent, including the right to sue for infringement.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8. Chemical Light has given notice of its rights under the '487 patent pursuant to 35 U.S.C. § 287.

**ANSWER:** Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9. Cool Glow has infringed and continues to infringe the '487 patent by making, using, offering to sell, selling and/or importing into the United States products that infringe one or more of the claims of the '487 patent, including, without limitation, the products advertised and sold as "LED Golf Ball Green" (SKU No. LP-BO-GOL1.7 GRE), "LED Golf Ball Blue" (SKU No. LP-BO-GOL1.7 BLU), and "LED Golf Ball Red" (SKU No. LP-BO-GOL1.7 RED).

Upon information and belief, Cool Glow's infringement will continue unless and until enjoined by this Court.

**ANSWER:**     Defendant denies the allegations contained in Paragraph 9 of Plaintiff's

Complaint.

10.     On information and belief, Cool Glow has acted and continues to act despite an objectively high likelihood that its actions constitute infringement of a valid patent and, on information and belief, Cool Glow knew or should have known of that objectively high risk. Accordingly, Cool Glow has infringed willfully or with reckless disregard for Chemical Light's rights.

**ANSWER:**     Defendant denies the allegations contained in Paragraph 10 of Plaintiff's

Complaint.

11.     Chemical Light has suffered and will continue to suffer damages as a result of Cool Glow's unlawful infringement of the '487 patent, and Chemical Light is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

**ANSWER:**     Defendant denies the allegations contained in Paragraph 11 of Plaintiff's

Complaint.

12.     Cool Glow's acts of infringement have caused and will continue to cause irreparable harm to Chemical Light unless and until enjoined by this Court.

**ANSWER:**     Defendant denies the allegations contained in Paragraph 12 of Plaintiff's

Complaint.

## JURY DEMAND

Defendant demands trial by jury.

WHEREFORE, Defendant Cool Glow LLC respectfully requests that judgment be entered in its favor and that it be awarded its costs and such further relief as this Court deems just and equitable.

COOL GLOW LLC

By: /s/James K. Borcia
One of Its Attorneys

James K. Borcia
Nikolai Guerra
TRESSLER LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000