# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Chemical Light, Inc.

                        Plaintiff,

v.                                                    Case No.: 1:11–cv–03252
                                                     Honorable James B. Zagel

Cool Glow, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 26, 2012:

      MINUTE entry before Honorable James B. Zagel:Motion to dismiss [23] is granted. Case is dismissed with prejudice and without costs pursuant to stipulation. Status/motion hearing 3/27/2012 is stricken. Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.